UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No.: 7:17-CV-00189-D |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| CAPE FEAR PUBLIC UTILITY AUTHORITY, | ) ) ) | |
| | ) | Case No.: 7:17-CV-00195-D |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, and E.I. DU PONT de NEMOURS AND COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

*Caption continues on next page*

## PLAINTIFFS' JOINT MOTION FOR A STATUS CONFERENCE

| | |
|---|---|
| ROGER MORTON, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 7:17-CV-00197-D<br>)<br>) |
| v. | )<br>) |
| THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| VICTORIA CAREY, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 7:17-CV-00201-D<br>) |
| v. | )<br>)<br>) |
| E. I. DU PONT DE NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| BRUNSWICK COUNTY, a governmental entity; | )<br>)<br>) |
| Plaintiff, | ) Case No.: 7:17-CV-00209-BO<br>) |
| v. | )<br>)<br>) |
| DOWDUPONT, INC., a Delaware corporation; E.I. DU PONT DE NEMOURS AND COMPANY, a business entity form unknown; THE CHEMOURS COMPANY, a Delaware corporation; THE CHEMOURS COMPANY FC, LLC, a Delaware limited liability company; and DOES 1 to 25, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Pursuant to Rule 16(a), plaintiffs Victoria Carey, Brent Nix, Roger Morton, Cape Fear Public Utility Authority, and Brunswick County hereby jointly move for an order scheduling a pretrial status conference. An initial conference should facilitate the creation of a case management order applicable to all five cases that would minimize any duplication of effort in discovery and briefing. Plaintiffs further request that all current deadlines be stayed pending the status conference.

Dated: November 29, 2017

Respectfully submitted,

　_/s/ Theodore J. Leopold_____
Theodore J. Leopold
**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com

　_/s/ Martha Geer_____
Martha Geer
N.C. Bar No. 13972
**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
mgeer@cohenmilstein.com

S. Douglas Bunch
Emmy L. Levens
Douglas J. McNamara
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
elevens@cohenmilstein.com
dmcnamara@cohenmilstein.com

Vineet Bhatia
Shawn Raymond
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100 Telephone
(310) 789-3150 Facsimile
khoek@susmangodfrey.com

4

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

Andrew Whiteman
**WHITEMAN LAW FIRM**
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
(919) 571-8300 Telephone
(919) 571-1004 Facsimile
aow@whiteman-law.com

*Attorneys for Plaintiff Victoria Carey*


  _/s/ Gary W. Jackson_____
Gary W. Jackson
Hoyt G. Tessener
**THE LAW OFFICES OF JAMES SCOTT FARRIN**
280 S. Mangum Street, Suite 400
Durham, NC  27707
(919) 688-4991 Telephone
(919) 688-4468 Facsimile
gjackson@ncadvocates.com
htessener@farrin.com


  _/s/ Kevin S. Hannon_____
Kevin S Hannon
**THE HANNON LAW FIRM, LLC**
1641 Downing Street
Denver, CO 80218
(303) 861-8800 Telephone
(303) 861-8855 Facsimile
khannon@hannonlaw.com

*Attorneys for Plaintiffs Brent Nix and Roger Morton*

5

/s/ George W. House
George W. House
Joseph A. Ponzi
William P.H. Cary
V. Randall Tinsley
**BROOKS PIERCE McLENDON**
 **HUMPHREY & LEONARD, LLP**
Post Office Box 26000
Greensboro, NC 27420
(336) 271-3115 Telephone
(336) 232-9115 Facsimile
ghouse@brookspierce.com
jponzi@brookspierce.com
wcary@brookspierce.com
rtinsley@brookspierce.com

*Attorneys for Plaintiff Cape Fear Public Utility Authority*


　/s/ J. Harold Seagle
J. Harold Seagle
**SEAGLE LAW, PLLC**
Post Office Box 15307
Asheville, NC 28813
(828) 545-7777 Telephone
(282) 774-5701 Facsimile
haroldseagle@charter.net

　/s/ Scott Summy
Scott Summy
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605 Telephone
(214) 520-1181 Facsimile
ssummy@baronbudd.com

*Attorneys for Plaintiff Brunswick County*

6

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed the PLAINTIFFS' JOINT MOTION FOR A STATUS CONFERENCE with the Clerk of the Court using the ECF who in turn served it on all counsel or parties of record on the Service List below, and served the forgoing notice on the following by placing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

    E. I. du Pont de Nemours and Company
    c/o CT Corporation System
    Registered Agent
    160 Mine Lake Court, Suite 200
    Raleigh, NC 27615-6417

    The Chemours Company, FC, LCC
    c/o CT Corporation System
    Registered Agent
    160 Mine Lake Court, Suite 200
    Raleigh, NC 27615-6417

    Jonathan D. Sasser
    Stephen D. Feldman
    **ELLIS & WINTERS, LLP**
    P.O. Box 33550
    Raleigh, NC 27636
    919-865-7000 Telephone
    Fax: 919-865-7010 Facsimile
    jon.sasser@elliswinters.com
    Stephen.feldman@elliswinters.com

    *Counsel for Defendants*

                                          /s/ Martha Geer
                                          Martha Geer
                                          N.C. Bar No. 13972