UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENT NIX, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No.: 7:17-CV-00189-D |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| CAPE FEAR PUBLIC UTILITY AUTHORITY, | ) ) ) | |
| | ) | Case No.: 7:17-CV-00195-D |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE CHEMOURS COMPANY FC, LLC, and E.I. DU PONT de NEMOURS AND COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

*Caption continues on next page*

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF
JOINT MOTION FOR A STATUS CONFERENCE**

| | |
|---|---|
| ROGER MORTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHEMOURS COMPANY FC, LLC, THE CHEMOURS COMPANY, E.I. DUPONT de NEMOURS AND COMPANY, INC., E.I. DUPONT CHEMICAL CORPORATION, ELLIS H. MCGAUGHY, and MICHAEL E. JOHNSON,<br><br>    Defendants. | Case No.: 7:17-CV-00197-D |
| VICTORIA CAREY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC,<br><br>    Defendants. | Case No.: 7:17-CV-00201-D |
| BRUNSWICK COUNTY, a governmental entity;<br><br>    Plaintiff,<br><br>    v.<br><br>DOWDUPONT, INC., a Delaware corporation; E.I. DU PONT DE NEMOURS AND COMPANY, a business entity form unknown; THE CHEMOURS COMPANY, a Delaware corporation; THE CHEMOURS COMPANY FC, LLC, a Delaware limited liability company; and DOES 1 to 25,<br><br>    Defendants. | Case No.: 7:17-CV-00209-BO |

Pursuant to Rule 16(a), plaintiffs Victoria Carey, Brent Nix, Roger Morton, Cape Fear Public Utility Authority, and Brunswick County jointly move for an order scheduling a pretrial status conference. Because these cases all involve essentially the same facts and claims, and discovery and motions will be substantially the same for each case, plaintiffs believe a coordinated briefing and discovery schedule applicable to all five pending cases would be appropriate. Plaintiffs are requesting a status conference in order to obtain guidance from the Court regarding how the Court would prefer to proceed.

STATEMENT OF FACTS

Currently pending before this Court are three class actions and two actions brought by public entities that supply drinking water to the public. Each of these cases addresses the harm resulting from defendants E.I. du Pont de Nemours and Company ("DuPont") and its former subsidiary, The Chemours Company FC, LLC ("Chemours"), having discharged, over a period of more than three decades, polyfluorinated substances ("PFASs") such as perfluorooctanoic acids ("PFOAs"), perfluorooctane sulfonate ("PFOS"), GenX, and Nafion into the Cape Fear River, all the while concealing their conduct and its dangerous effects on human health and life. Defendants have filed a motion to dismiss the *Nix* class action, but have obtained extensions of their time to answer or otherwise respond to the complaints in each of the other actions.

While the class actions are brought on behalf of citizens and businesses who have consumed and used the contaminated water and the public entities are suing for their own damages sustained as they work to supply safe water to their customers, the plaintiffs are all asserting similar – although not identical – claims for public and private nuisance, trespass, and negligence. Discovery in these cases will, therefore, substantially overlap, as will the issues addressed in dispositive motions.

## ARGUMENT

"Federal Rule of Civil Procedure 16 vests the district court with early control over cases 'toward a process of judicial management that embraces the entire pretrial phase, especially motions and discovery.'" *In re Arizona*, 528 F.3d 652, 657 (9th Cir.), *cert. denied*, 129 S. Ct. 2852, 174 L. Ed. 2d 551 (2009) (quoting Fed. R. Civ. P. 16 advisory committee's note, 1983 Amendment). The rule notes that the "[p]urposes of a [p]retrial [c]onference" can include "establishing early and continuing control so that the case will not be protracted because of lack of management[,]" and "discouraging wasteful pretrial activities[.]" Fed. R. Civ. P. 16(a)(2), (3). Rule 16 "contemplates that a trial court should assume an 'active managerial role' in the litigation process to expedite the efficient disposition of a case." *Lassiter v. City of Philadelphia*, 716 F.3d 53, 55 (3d Cir. 2013), *cert. denied*, 134 S. Ct. 902, 187 L. Ed. 2d 777 (2014) (quoting *Phillips v. Allegheny Cnty.*, 869 F.2d 234, 239 (3d Cir. 1989)).

Plaintiffs believe the Court may wish to consider entering a case management order applicable to all five pending actions that coordinates motion practice and discovery for those five cases. With respect to the class actions, the plaintiffs would propose that they file a Consolidated Amended Complaint. As for Cape Fear Public Utility and Brunswick County, a Consolidated Amended Complaint may not be necessary unless it would be helpful to the Court. Plaintiffs would also appreciate guidance from the Court regarding establishment of a briefing schedule for motions to dismiss and the Court's preferences with respect to how discovery should proceed.

Early court intervention in the case management of this multiparty case involving over three decades of contamination may well prove essential to insuring judicial economy and to avoiding unnecessary delay and confusion from differing schedules and each party's pursuing discovery on its own. Plaintiffs believe that it should be possible to minimize duplication of

discovery and briefing in the five actions. Plaintiffs do not, however, believe it is necessary or appropriate to entirely defer discovery until after the motions to dismiss are decided. Plaintiffs, therefore, suggest that the timing of discovery is another issue which could be addressed in an initial status conference, along with any matters the Court wishes to raise with the parties. In order to facilitate entry of a case management order applying to all five pending actions, plaintiffs respectfully request that the Court stay all current deadlines pending the status conference.

Plaintiffs have consulted with counsel for defendants regarding this motion and defense counsel have indicated that they do not consent to the scheduling of a pretrial status conference prior to the filing of any Consolidated Amended Complaint.

## CONCLUSION

For all the foregoing reasons, plaintiffs respectfully request that the Court schedule an initial pretrial status conference in all five cases pending before it and that the Court stay all current deadlines pending that conference.

Dated: November 29, 2017

Respectfully submitted,

    */s/ Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com

5

Case 7:17-cv-00195-D   Document 15   Filed 11/29/17   Page 5 of 10

   */s/ Martha Geer*
Martha Geer
N.C. Bar No. 13972
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
150 Fayetteville Street, Suite 980
Raleigh, NC 27601
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
mgeer@cohenmilstein.com

S. Douglas Bunch
Emmy L. Levens
Douglas J. McNamara
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
elevens@cohenmilstein.com
dmcnamara@cohenmilstein.com

Vineet Bhatia
Shawn Raymond
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave., Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com

Kathryn P. Hoek
**SUSMAN GODFREY, L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100 Telephone
(310) 789-3150 Facsimile
khoek@susmangodfrey.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

Andrew Whiteman
**WHITEMAN LAW FIRM**
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
(919) 571-8300 Telephone
(919) 571-1004 Facsimile
aow@whiteman-law.com

*__Attorneys for Plaintiff Victoria Carey__*


  _/s/ Gary W. Jackson_____
Gary W. Jackson
Hoyt G. Tessener
**THE LAW OFFICES OF JAMES SCOTT FARRIN**
280 S. Mangum Street, Suite 400
Durham, NC  27707
(919) 688-4991 Telephone
(919) 688-4468 Facsimile
gjackson@ncadvocates.com
htessener@farrin.com

7

   /s/ Kevin S. Hannon
Kevin S Hannon
**THE HANNON LAW FIRM, LLC**
1641 Downing Street
Denver, CO 80218
(303) 861-8800 Telephone
(303) 861-8855 Facsimile
khannon@hannonlaw.com

*Attorneys for Plaintiffs Brent Nix and Roger Morton*


   /s/ George W. House
George W. House
Joseph A. Ponzi
William P.H. Cary
V. Randall Tinsley
**BROOKS PIERCE McLENDON HUMPHREY & LEONARD, LLP**
Post Office Box 26000
Greensboro, NC 27420
(336) 271-3115 Telephone
(336) 232-9115 Facsimile
ghouse@brookspierce.com
jponzi@brookspierce.com
wcary@brookspierce.com
rtinsley@brookspierce.com

*Attorneys for Plaintiff Cape Fear Public Utility Authority*


   /s/ J. Harold Seagle
J. Harold Seagle
**SEAGLE LAW, PLLC**
Post Office Box 15307
Asheville, NC 28813
(828) 545-7777 Telephone
(282) 774-5701 Facsimile
haroldseagle@charter.net

   _/s/ Scott Summy_____
Scott Summy
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605 Telephone
(214) 520-1181 Facsimile
ssummy@baronbudd.com

*Attorneys for Plaintiff Brunswick County*

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed the PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR A STATUS CONFERENCE with the Clerk of the Court using the ECF who in turn served it on all counsel or parties of record on the Service List below, and served the forgoing notice on the following by placing a copy of the same in the United States Mail, first class postage prepaid, addressed as follows:

    E. I. du Pont de Nemours and Company
    c/o CT Corporation System
    Registered Agent
    160 Mine Lake Court, Suite 200
    Raleigh, NC 27615-6417

    The Chemours Company, FC, LCC
    c/o CT Corporation System
    Registered Agent
    160 Mine Lake Court, Suite 200
    Raleigh, NC 27615-6417

    Jonathan D. Sasser
    Stephen D. Feldman
    **ELLIS & WINTERS, LLP**
    P.O. Box 33550
    Raleigh, NC 27636
    919-865-7000 Telephone
    Fax: 919-865-7010 Facsimile
    jon.sasser@elliswinters.com
    Stephen.feldman@elliswinters.com

    ***Counsel for Defendants***

                                       /s/ Martha Geer
                                       Martha Geer
                                       N.C. Bar No. 13972