IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CHEMOURS COMPANY FC, LLC, et al., <br><br> Defendants. | No. 7:17-CV-189-D |
| CAPE FEAR PUBLIC UTILITY AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> THE CHEMOURS COMPANY FC, LLC, et al., <br><br> Defendants. | No. 7:17-CV-195-D |
| ROGER MORTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CHEMOURS COMPANY, et al., <br><br> Defendants. | No. 7:17-CV-197-D |
| VITORIA CAREY, <br><br> Plaintiff, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY et al., <br><br> Defendants. | No. 7:17-CV-201-D |

| | ) | |
|---|---|---|
| BRUNSWICK COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-209-D |
| | ) | |
| DOWDUPONT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The court will hold an initial status conference in all five cases at 10:00 a.m. on Thursday, January 4, 2018, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. All deadlines are STAYED pending the status conference.

SO ORDERED. This 7 day of December 2017.

JAMES C. DEVER III
Chief United States District Judge

2