IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENT NIX, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-189-D |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-195-D |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ROGER MORTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-197-D |
| | ) | |
| THE CHEMOURS COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| VITORIA CAREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-201-D |
| | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY et al., | ) | |
| | ) | |
| Defendants. | ) | |

| BRUNSWICK COUNTY, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 7:17-CV-209-D |
| | ) | |
| DOWDUPONT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The motion for a status conference [D.E. 54] is GRANTED. The court will hold a status conference in all five cases at 11:00 a.m. on Friday, May 25, 2018, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. The parties should be prepared to discuss discovery.

SO ORDERED. This **7** day of May 2018.

JAMES C. DEVER III
Chief United States District Judge