IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-195-D

| | | |
|---|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 2, 2018, defendants moved to dismiss plaintiffs' consolidated class-action complaint [D.E. 37] and filed a memorandum in support [D.E. 38]. On April 13, 2018, plaintiffs responded in opposition [D.E. 49]. On April 27, 2018, defendants replied [D.E. 53].

The court GRANTS IN PART and DENIES IN PART defendants' motion to dismiss, DENIES defendants' motion to stay, and GRANTS defendants' motion to strike [D.E. 37]. In due course, the court will issue an order expounding on its conclusions.

SO ORDERED. This 26 day of March 2019.

JAMES C. DEVER III
United States District Judge