IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPE FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH, | Case No. 7:17-CV-00195-D |
| Plaintiffs, | Case No. 7:17-CV-00209-D |
| v. | |
| THE CHEMOURS COMPANY FC, LLC, E.I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | |
| Defendants. | |

## CORRECTED AMENDED SCHEDULING ORDER

The Court hereby issues the following Corrected Amended Scheduling Order.

| Task | Amended Deadline |
|---|---|
| Fact Discovery | June 30, 2022 |
| Plaintiffs' expert reports | July 21, 2022 |
| Defendants' expert reports | September 20, 2022 |
| Rebuttal expert reports | October 20, 2022 |
| Sur-rebuttal expert reports | November 22, 2022 |
| Expert discovery | February 6, 2023 |
| Dispositive Motion | April 24, 2023 |
| Oppositions to dispositive motion | June 8, 2023 |
| Replies in support of dispositive motion | July 10, 2023 |
| Mediation | July 18, 2022 |

1

All other deadlines remain unchanged.

SO ORDERED. This __19__ day of May, 2021.

_____
**JAMES C. DEVER III**
**United States District Judge**

2