# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPE FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH, | Case No. 7:17-CV-00195-D |
| Plaintiffs, | Case No. 7:17-CV-00209-D |
| v. | |
| THE CHEMOURS COMPANY FC, LLC, E.I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | |
| Defendants. | |

## SECOND AMENDED SCHEDULING ORDER

The Court hereby issues the following Second Amended Scheduling Order.

| Task | Amended Deadline |
|---|---|
| Fact Discovery | February 28, 2023 |
| Plaintiffs' expert reports | March 21, 2023 |
| Defendants' expert reports | May 22, 2023 |
| Rebuttal expert reports | July 21, 2023 |
| Sur-rebuttal expert reports | August 21, 2023 |
| Expert discovery | November 6, 2023 |
| Dispositive Motion | January 22, 2024 |
| Oppositions to dispositive motion | March 8, 2024 |
| Replies in support of dispositive motion | April 8, 2024 |
| Mediation | March 14, 2023 |

1

All other deadlines remain unchanged.

SO ORDERED. This 5 day of May, 2022.

                                            JAMES C. DEVER III
                                            United States District Judge