IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPER FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 7:17-CV-00195-D |
| v. | ) ) | Case No. 7:17-CV-00209-D |
| THE CHEMOURS COMPANY FC, LLC, E. I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF ALEXANDER ELKAN**

The undersigned counsel hereby gives this Notice of Appearance in this matter on behalf of the above-named Plaintiff Cape Fear Public Utility Authority.

Respectfully submitted, this the 31st day of October, 2022.

/s/ Alexander Elkan
Alexander Elkan
N.C. State Bar No. 31502
*Attorney for Plaintiff*
*Cape Fear Public Utility Authority*

BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.
2000 Renaissance Plaza
230 North Elm Street (27401)
P.O. Box 26000
Greensboro, NC  27420-6000
Telephone:     336.271.3114
Facsimile:     336.232.9114
csmart@brookspierce.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 31st day of October, 2022.

/s/ Alexander Elkan
Alexander Elkan