IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPE FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, E.I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>    Defendants. | Case No. 7:17-CV-00195-D |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned CELESTE EVANGELISTI hereby enters a notice of special appearance as counsel for Plaintiffs Brunswick County, Lower Cape Fear Water & Sewer Authority, and Town of Wrightsville Beach, in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, J. Harold Seagle.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

                                                                                            */s/ Celeste A. Evangelisti*
                                                                     Celeste Evangelisti
                                                                     Baron & Budd, P.C.
                                                                     3102 Oak Lawn Avenue, Suite 1100
                                                                     Dallas, Texas 75219
                                                                     Telephone: 214-521-3605
                                                                     Fax: 214-520-1181
                                                                     cevangelisti@baronbudd.com
                                                                     Texas State Bar No. 00793706
                                                                     **Attorney for Plaintiffs**

J. Harold Seagle
Seagle Law, PLLC
P.O. Box 15307
Asheville, NC 28813
Telephone: 828-545-5777
Fax: 828-774-5701
haroldseagle@charter.net
North Carolina State Bar No. 8017

**Local Civil Rule 83.1(d) Counsel for Plaintiffs**

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of Notice of Special Appearance on November 4, 2022 by using the Court's CM/ECF system which will send notifications of such filing to all counsel of record.

*/s/ Celeste A. Evangelisti*
Celeste Evangelisti
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Fax: 214-520-1181
cevangelisti@baronbudd.com
Texas State Bar No. 00793706

**Attorney for Plaintiffs**

J. Harold Seagle
Seagle Law, PLLC
P.O. Box 15307
Asheville, NC 28813
Telephone: 828-545-5777
Fax: 828-774-5701
haroldseagle@charter.net
North Carolina State Bar No. 8017

**Local Civil Rule 83.1(d) Counsel for Plaintiffs**