IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPE FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 7:17-CV-00195-D |
| v. | ) ) | Case No. 7:17-CV-00209-D |
| THE CHEMOURS COMPANY FC, LLC, E. I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY FC, LLC, AND THE CHEMOURS COMPANY'S MOTION FOR PROTECTIVE ORDER**

THIS MATTER comes before the Court on Defendants' Motion for Protective Order. The Court being fully advised in the premises, it is hereby:

**ORDERED** that Defendants' Motion for Protective Order is **GRANTED** and the November 1, 2022 subpoenas issued to Defendants' Employees are **QUASHED**. Plaintiffs shall provide Defendants a list of Federal Rule of Civil Procedure 30(b)(6) matters prior to conducting fact witness depositions in this case.

SO ORDERED. This ___ day of November, 2022.

_____
James C. Dever, III
United States District Judge