IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CHEMOURS COMPANY FC, LLC, et al., ) <br> ) <br> Defendants. ) | No. 7:17-CV-195-D |
| BRUNSWICK COUNTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> E.I. DU PONT DE NEMOURS AND COMPANY, ) <br> et al., ) <br> ) <br> Defendants. ) | No. 7:17-CV-209-D |

## ORDER

On November 11, 2022, defendants filed a motion for a protective order [D.E. 114]. On November 16, 2022, plaintiffs responded in opposition [D.E. 116]. The court refers the motion for a protective order [D.E. 114] to Magistrate Judge Numbers for disposition. See 28 U.S.C. § 636(b)(1)(A).

SO ORDERED. This 18 day of November, 2022.

JAMES C. DEVER III
United States District Judge