IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| CAPE FEAR PUBLIC UTILITY | ) |
| AUTHORITY, BRUNSWICK COUNTY, | ) |
| LOWER CAPER FEAR WATER & | ) |
| SEWER AUTHORITY, and TOWN OF | ) |
| WRIGHTSVILLE BEACH, | ) |
| | ) Case No. 7:17-CV-00195-D |
| Plaintiffs, | ) |
| | ) Case No. 7:17-CV-00209-D |
| v. | ) |
| | ) |
| THE CHEMOURS COMPANY FC, LLC, | ) |
| E. I. DU PONT DE NEMOURS AND | ) |
| COMPANY, and THE CHEMOURS | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## THIRD AMENDED SCHEDULING ORDER

The Court hereby issues the following Third Amended Scheduling Order.

| Task | Amended Deadline |
|---|---|
| Fact Discovery | August 28, 2023 |
| Plaintiffs' expert reports | September 18, 2023 |
| Defendants' expert reports | November 20, 2023 |
| Rebuttal expert reports | January 17, 2024 |
| Sur-rebuttal expert | February 19, 2024 |
| Expert discovery | May 6, 2024 |
| Dispositive Motion | July 22, 2024 |
| Oppositions to dispositive motion | September 4, 2024 |
| Replies in support of dispositive motion | October 7, 2024 |
| Mediation | September 11, 2023 |

1

All other deadlines remain unchanged.

SO ORDERED. This __2__ day of December, 2022.

                                                                          _____
                                                                          JAMES C. DEVER III
                                                                          United States District Judge