IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPER FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHEMOURS COMPANY FC, LLC, E. I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, <br><br> Defendants. | Case No. 7:17-CV-00195-D <br><br><br> Case No. 7:17-CV-00209-D |

### NOTICE OF PLAINTIFFS' WITHDRAWAL OF MOTION

Plaintiffs Brunswick County, Lower Cape Fear Water & Sewer Authority, and Town of Wrightsville Beach hereby withdraws its *Motion for Leave to File Motion to Complete the Factual Record with Respect to Defendants' Opposition to Plaintiffs' Motion to Compel Rule 30(b)(6)* ("Motion for Leave") filed on July 11, 2023 [Dkt. No. 134]. The grounds for this Withdrawal of Motion is the Motion for Leave was filed in this case erroneously.

DATED: July 12, 2023    Respectfully submitted,

_____
J. Harold Seagle
North Carolina Bar No. 8017
**SEAGLE LAW, PLLC**
P.O. Box 15307
Asheville, N.C. 28813
Telephone: 828-774-5711
haroldseagle@charter.net
Local Civil Rule 83.1(d) Counsel for Plaintiff

Scott Summy (North Carolina Bar No. 27171)
Cary McDougal (Texas Bar No. 13569600)
Stephen Johnston (Texas Bar No. 00796839)
Brett Land (Texas Bar No. 24092664)
Celeste Evangelisti (Texas Bar No. 00793706)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Fax: (214) 523-6600
ssummy@baronbudd.com
cmcdougal@baronbudd.com
sjohnston@baronbudd.com
bland@baronbudd.com
cevangelisti@baronbudd.com

*Attorneys for Plaintiffs Brunswick County, Lower Cape Fear Water & Sewer Authority, and Town of Wrightsville Beach*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 12, 2023

_____
Celeste A. Evangelisti
*Attorney for Plaintiffs*