IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-00195-D
No. 7:17-CV-00209-D

**Cape Fear Public Utility Authority**, et al.,

        Plaintiffs,

v.

**The Chemours Company FC, LLC**, et al.,

        Defendants.

**Order Setting Hearing**

The court will hold a hearing on Plaintiffs' Motion to Compel (D.E. 131) on Monday, October 16, 2023, at 1:30 p.m. in the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

Ahead of the hearing, the parties must meet and confer about whether any documents responsive to Request for Production 60 exist for any of the 41 individuals identified by Plaintiffs' counsel in the correspondence between the parties. *See, e.g.*, D.E. 133-7 at 4. The parties must also discuss whether any responsive documents for those 41 individuals have already been produced in this action or any of the related actions.

Dated: September 21, 2023

_____
Robert T. Numbers, II
United States Magistrate Judge