IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| **Cape Fear Public Utility Authority, et al.,**<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>**The Chemours Company FC, LLC, et al.,**<br><br>　　　　　Defendants. | 7:17-CV-195-D |
| **Brunswick County,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**E.I. Du Pont De Nemours and Company, et al.,**<br><br>　　　　　Defendants. | 7:17-CV-209-D |

**ORDER**

The court will hold a hearing on Monday, March 18, 2024, at 9:30 a.m. in the Fifth Floor Courtroom, Terry Sanford Federal Building, Raleigh, North Carolina. The hearing will address all motions then pending before the undersigned.

Dated: March 4, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT T. NUMBERS, II
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE