IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, BRUNSWICK COUNTY, LOWER CAPE FEAR WATER & SEWER AUTHORITY, and TOWN OF WRIGHTSVILLE BEACH,<br><br>                Plaintiffs,<br><br>v.<br><br>THE CHEMOURS COMPANY FC, LLC, E. I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                Defendants. | Case No. 7:17-CV-00195-D<br><br>Case No. 7:17-CV-00209-D |

## ORDER GRANTING JOINT MOTION
## REGARDING FILINGS PURSUANT TO L.R. 56.1

The Court has considered the Joint Motion Regarding Filings Pursuant to L.R. 56.1. For good cause shown, the Motion is GRANTED. The Court hereby ORDERS as follows:

1. The Parties may jointly file statements of material fact, appendices, responses, and replies, as described in the Motion, as well as supplementary separate statements, appendices, responses, and replies.

2. The first Party to file will be responsible for filing the joint filings relied on by the Parties so filing.

SO ORDERED. This the 16 day of December, 2024.

                                                        JAMES C. DEVER III
                                                        United States District Judge